1

2

3

4

5

6

7      IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF WASHINGTON

8

| NICOLA MEASE, | |
|---|---|
| Plaintiff, | NO. 3:24-cv-05257 |
| vs. | COMPLAINT FOR VIOLATIONS OF 15 U.S.C. § 1692 ET SEQ. AND RCW CHAPTERS 19.16 AND 19.86 ET SEQ. |
| DCS FINANCIAL, INC., | |
| Defendant. | |

14    COMES NOW Plaintiff Nicola Mease, by and through counsel, who alleges:

15              **I.   PARTIES AND JURISDICTION**

16    1.      Plaintiff Nicola Mease is an individual who resides in Washington State.

17    2.      DCS Financial, Inc. ("DCS"), a Washington Corporation, WA UBI No.

18    602197203, is a debt collector and collection agency doing business in Washington, and who

19    attempted to collect an alleged debt from the Plaintiff.  DCS' registered agent is Robin Adams,

20    located at 717 E. 22nd St. Suite A, Vancouver, WA 98666.

21    3.      DCS is a licensed Collection Agency in Washington State.

22    4.      Jurisdiction over Defendant is proper as Defendant is doing business in

23    Washington State.

Complaint - 1

**ANDERSON | SANTIAGO**
207B SUNSET BLVD. N.
RENTON, WA 98057
(206) 395-2665 / F (206) 395-2719

## II.   FACTS

### Background

5.     On July 26, 2013, DCS obtained a default judgment against Nicola Mease (Plaintiff herein), for alleged medical bills that were incurred between 2010 and 2012. A copy of the Default Judgment is attached as **Exhibit A**.

6.     The judgment was entered in the amount of $21,949.69 which included interest and costs. Over the next decade, DCS garnished Ms. Mease's wages and bank accounts, and occasionally extracted payments from her.

7.     DCS would send Ms. Mease regular collection letters, reminding her that a balance was owed. Most recently, DCS sent a collection letter on October 31, 2023. *See* October 31, 2023 collection letter attached as **Exhibit B**.

8.     According to DCS' letter, Ms. Mease now owed $31,134.62, which was comprised of $15,520.63 in "principle" [sic] ($3,327.56 in "agency interest," and $12,286.43 in "legal costs." *Id.*

9.     The letter claimed that the "principle" [sic] was originally $18,337.63 and reduced by $2,817.00 through payments. Similarly, DCS claimed that the "legal costs" were originally $14,864.04 and reduced by $2,577.61 through payments.

10.    Bizarrely, the letter claimed that the legal costs were assessed on May 8, 2013, through Clark County Superior Court Case No. 23-2-01134-06. However, no such legal costs were ever assessed in 2013, or at any other point in time.

11.    Moreover, the Clark County Superior Court case was not in existence until May 2023, when DCS transcribed the judgment to superior court from Clark County District Court.

Complaint - 2

**ANDERSON | SANTIAGO**
207B SUNSET BLVD. N.
RENTON, WA 98057
(206) 395-2665/F (206) 395-2719

A copy of the transcript of judgment is attached as **Exhibit C**.  No such legal costs were assessed.

### DCS' Judgment Expired on July 25, 2023

12.     A judgment may be enforced for ten years after entry unless it is extended.  RCW 6.17.020.

13.     DCS never extended its judgment, and since it was originally entered on July 26, 2013, the judgment was no longer enforceable after July 25, 2023.

14.     Despite the expiration of the judgment, DCS sent a letter on October 31, 2023 demanding payment and referencing the Clark County Superior Court case as a basis for the debt.

15.     On information and belief, DCS had previously and periodically sent similar letters to Ms. Mease, including at times after the judgment had expired.

16.     Since the expiration of the judgment, Ms. Mease contacted DCS by telephone. When speaking with representatives of DCS, Ms. Mease, who is untrained in the law, was never disabused of the notion that DCS had a valid and enforceable judgment against her.

17.     On information and belief, when speaking with DCS, Ms. Mease was told that the judgment had been extended.

18.     Ms. Mease made payments on the judgment upon reliance on DCS' assertions that it still had a valid and enforceable judgment.

19.     As a result of the Defendant's actions detailed above, Plaintiff has incurred expenses in seeking and retaining counsel in connection with ascertaining her legal rights and responsibilities, has made payments on an unenforceable judgment (induced by Defendants' actions and statements), and has been repeatedly harassed by DCS on a debt that she is under no

Complaint - 3

obligation to pay.  She has suffered financial uncertainty, unease, and distress caused by DCS'

attempts to collect money.

### III.   CAUSES OF ACTION

**GENERAL ALLEGATIONS APPLICABLE TO ALL COUNTS**

20.     With respect to the alleged debt, Plaintiff is a consumer as defined by 15 U.S.C. §

1692a(3) and Defendant is a debt collector as defined by 15.S.C. § 1692a(6).

21.     With respect to the alleged debt, Plaintiff is a "debtor" as defined by RCW

19.16.100(8) and Defendant is a collection agency as defined by RCW 19.16.100(4).

22.     For claims arising under the Fair Debt Collection Practices Act, such claims are

assessed using the "least sophisticated debtor" standard.  *Guerrero v. RJM Acquisitions LLC*, 499

F.3d 926, 934 (9th Cir. 2007).

**GENERAL ALLEGATIONS APPLICABLE TO CPA CLAIMS**

23.     Violations of RCW 19.16.250 are per se violations of the Consumer Protection

Act ("CPA"), RCW chapter 19.86.[1]  *See* RCW 19.16.440.  RCW 19.86.090 provides for treble

damages (to a limit of $25,000) and attorney's fees.

24.     Because RCW Chapter 19.16 is enforced through RCW 19.86 *et seq.*, the below

counts alleging violations of RCW Chapter 19.16 are therefore CPA violations.

25.     Even minimal or nominal damages constitute "injury" under the CPA.  *Panag*,

166 Wn.2d at 57.  A plaintiff need not prove any monetary damages at all, as even

"unquantifiable damages" may suffice to establish "injury" for purposes of the CPA.  *Id.* (citing

*Nordstrom, Inc. v. Tampourlos*, 107 Wn.2d 735, 740 (1987)).

---

[1] *See Panag v. Farmers Ins. Co. of Wash.*, 166 Wn.2d 27, 53 (2009) ("Consumer debt collection is a highly regulated field.  When a violation of debt collection regulations occurs, it constitutes a per se violation of the CPA…").

Complaint - 4

**ANDERSON | SANTIAGO**
207B SUNSET BLVD. N.
RENTON, WA 98057
(206) 395-2665/F (206) 395-2719

**Count 1**

26.     A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt.  15 U.S.C. § 1692e.  Additionally, it is a violation to falsely represent the character, amount, or legal status of any debt.  § 1692e(2).

27.     In addition, a debt collector violates 15 U.S.C. § 1692e(10) if it "use[s] ... any false representation or deceptive means to collect or attempt to collect any debt."  *Riggs v. Prober & Raphael*, 681 F.3d 1097, 1104 (9th Cir. 2012).

28.     Here, DCS made numerous misrepresentations, including:

    a.   Stating, via multiple collection letters, that Ms. Mease owed over $14,000.00 in legal costs that were never awarded or owed.

    b.   Applied payments to "legal costs" that were not owed, rather than applying them to amounts that were actually owed.

    c.   Represented that money was owed based on a judgment that was no longer valid or enforceable.

    d.   Took payments using an unenforceable judgment as leverage, never clarifying that the judgment had expired.

    e.   Represented that the judgment had been extended when in fact it had not been.

29.     Defendant therefore violated 15 U.S.C. § 1692e and/or § 1692e(2), e(5), and/or e(10) with each collection attempt.

**Count 2**

30.     A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt.  15 U.S.C. § 1692f.  The collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly

Complaint - 5

authorized by the agreement creating the debt or permitted by law is unfair and/or unconscionable.  15 U.S.C. § 1692f(1).

31.     Plaintiff realleges the factual allegations of Count 1, *supra.*

32.     Therefore, Defendant violated 15 U.S.C. § 1692f on numerous occasions.

**Count 3**

33.     RCW 19.16.250(21) prohibits attempts to collect amounts in excess of the principal other than allowable interest, collection costs or handling fees expressly authorized by statute.

34.     Here, DCS represented that Ms. Mease owed over $14,000.00 in legal costs, when no such costs were ever awarded.

35.     Defendant therefore violated RCW 19.16.250(21) on numerous occasions.

**Count 4 – CPA Violations**

36.     The Washington Supreme Court has held that a violation of debt collection status, including the FDCPA, serves as a predicate for a per se Consumer Protection Act Violation as a matter of law.  *Panag v. Farmers Ins. Co. of Wash.*, 166 Wn.2d 27, 53 (2009); *Hoffman v. Transworld Sys., Inc.,* 806 F.App'x 549 (9th Cir. 2020).

37.     The FDCPA violations identified *supra* also constitute per se violations of the Washington CPA.

38.     Plaintiff's injuries are stated in paragraph 19, *supra.*

39.     Thus, Defendant violated the CPA.

**Request for Injunctive Relief**

40.     A plaintiff may seek injunctive relief for violations of the Consumer Protection Act.  RCW 19.86.090.

ANDERSON|SANTIAGO
207B SUNSET BLVD. N.
RENTON, WA 98057
(206) 395-2665/F (206) 395-2719

41.     Plaintiff seeks injunctive relief from this Court which would enjoin Defendant from collecting debts in the manner described above from Plaintiff and any other person similarly situated.  *Scott v. Cingular Wireless*, 160 Wn. 2d 843, 853 (2007).

42.     A plaintiff may seek injunctive relief for violations of the Consumer Protection Act.  RCW 19.86.090.

43.     Plaintiff does seek injunctive relief from this Court which would enjoin Defendant from collecting debts in the manner described above from Plaintiff and any other person similarly situated.  *Scott v. Cingular Wireless*, 160 Wn. 2d 843, 853 (2007).

44.     Plaintiff seeks an injunction prohibiting Defendant from its unlawful collection tactics, including demanding amounts not owed, assessing collection costs that were not awarded or owed, failing to properly calculate amounts owed, and leveraging an expired judgment to extract payments.

45.     Plaintiff has reason to believe these actions make up a pattern and practice of behavior and have impacted other individuals similarly situated.

46.     Injunctive relief is necessary to prevent further injury to Plaintiff and to the Washington public as a whole.

## IV.     __PRAYER FOR RELIEF__

WHEREFORE, Plaintiff prays:

1.     For Judgment against Defendant for actual damages.

2.     For statutory damages of $1,000.00 for FDCPA violations.

3.     For actual damages for FDCPA violations.

Complaint - 7

1    4.    For treble damages, pursuant to RCW 19.86.090, calculated from the damages

2    determined by the court.

3    5.    For costs and reasonable attorney's fees as determined by the Court pursuant to

4    15 U.S.C. 1692k(a)(3).

5    6.    For injunctive relief pursuant to RCW 19.86.090 as described above.

6
      Respectfully submitted this 4th day of April, 2024.
7

8

9                          **ANDERSON SANTIAGO, PLLC**

10

11                         By:_____
                           Jason D. Anderson, WSBA No. 38014
12                         T. Tyler Santiago, WSBA No. 46004
                           Attorneys for Plaintiff
13                         207B Sunset Blvd. N.
                           Renton, WA 98057
14                         (206) 395-2665
                           (206) 395-2719 (fax)
15

16

17

18

19

20

21

22

23

Complaint - 8

# EXHIBIT A

FILED
Clark County District Court
Jul 26, 2013

IN THE DISTRICT COURT OF CLARK COUNTY

IN THE STATE OF WASHINGTON

DCS FINANCIAL, INC., DBA              )
 DIVERSIFIED CREDITORS SERVICE)        Case #13C3074-2
                                      )
                    Plaintiff/s )
              v.s.                    )
                                      )
MEASE, NICOLA                         )        ORDER OF DEFAULT
 MEASE, JOHN DOE                      )        AND JUDGMENT
 WIFE AND HUSBAND                     )
                    Defendant/s )
                                      )
------------------------------

JUDGMENT SUMMARY

The following is recited to be in compliance with RCW 4.64.030:
1.  Judgment Creditor:  DCS FINANCIAL, INC., DBA
                        DIVERSIFIED CREDITORS SERVICE

2.  Judgment Debtor:  MEASE, NICOLA
                      MEASE, JOHN DOE
                      WIFE AND HUSBAND
3.  Principal Judgment Amount:  $18337.63
4.  Interest to Date of Judgment:  $3327.56
5.  Attorney Fees:  $  200.00
6.  Costs:  a. Filing Fees:  $103.00
            b. Service Fees:  $31.50
7.  Handling and Collection Costs & Damages:  $    0.00
8.  Less Payments of:  $   50.00
9.  Principal judgment shall bear interest at the rate
    of 12% per annum.
10. Attorney for
    Judgment Creditor:  Randal Fritzler
                        HOUSE COUNSEL FOR PLAINTIFF
                        717 E 22nd St., Suite A
                        Vancouver, WA 98663

L794784 P1027034          #13C3074-2 Pg  1
JUDGMENT SUMMARY

𝒞

11.  Attorney for Judgment Debtor:

ORDER

THIS MATTER coming on for Order of Default and Judgment on the application of Plaintiff, proof having been made that the Summons was issued requiring the Defendants to appear and defend this action prior to this date and that said Summons, together with a true copy of the Complaint, was duly and timely served upon the Defendant within the time and in the manner and form as required, said Defendants being in default herein, and it appearing that the above entitled county is the proper venue for this action and that the Court has jurisdiction of the parties; and said action being an action for money only, the Court hereby enters its order as follows:

THAT JUDGMENT is entered against the Defendants, as follows:
1.  Principal Amounts:  $18337.63
2.  Interest to date of Judgment:  $3327.56
3.  Attorney Fees:  $ 200.00
4.  Costs:  Filing Fees:  $103.00
         Service Fees:  $31.50
5.  Handling and Collection Costs & Damages:  $    0.00
6.  Less Payments of:  $   50.00

For a total accumulation of $21949.69

THAT JUDGMENT SHALL FURTHER bear interest at the rate of twelve percent (12%) per annum for the date hereof, until paid and satisfied by the Defendants.

Dated this _____ day of _____, 20____.

Digitally signed by user 'zimmermd'
Reason:
Date: 07/26/2013
02:00:13 PM

J U D G E

Randal Fritzler
WSBA 6093
HOUSE COUNSEL FOR PLAINTIFF

DCS Financial, Inc.
717 E 22nd St Suite A
PO Box 1179
Vancouver, WA 98666
(360) 992-4100

L794784 P1027034          #13C3074-2 Pg   2
JUDGMENT SUMMARY

# EXHIBIT B

```
DCS FINANCIAL, INC.                          Charges   Payments    Balance
717 EAST 22ND STREET          Principle     18337.63    2817.00   15520.63
VANCOUVER, WA 98663           Agency Interest 3327.56       0.00    3327.56
360 992-4100 / 800 945-3327   Legal Costs   14864.04    2577.61   12286.43
                                           _____  _____  _____
                                           $36529.23   $5394.61 $31134.62
A C C O U N T    L I S T                                                  |

10-31-2023 09:58AM  2 JBH JBH               AMOUNT YOU OWE  _____|

P1027034   D64 LJD



         NICOLA MEASE
         16416 NE 82ND ST
         VANCOUVER WA 98682
```

The accounts listed below are on file with DCS Financial, Inc.

This communication is from a professional debt collector.

**Open Accounts**

| Acct No | Date | Description / Reference# | | | | | | Current APR |
|---|---|---|---|---|---|---|---|---|
| | | Principle | Client Interest | Client Other | Agency Interest | Costs | Payments | Balance |
| 1347502 | 11-24-2012 | PEACEHEALTH SW MEDICA, VANCOUVER WA #1232902492 | | | | | | 12.00% LJD |
| | | 200.00 | 0.00 | 0.00 | 2.90 | 0.00 | 0.00 | $202.90 |
| 1328933 | 07-02-2012 | PEACEHEALTH SW MEDICA, VANCOUVER WA #1218405593 | | | | | | 12.00% LJD |
| | | 558.00 | 0.00 | 0.00 | 39.79 | 0.00 | 0.00 | $597.79 |
| 1303969 | 11-29-2011 | PEACEHEALTH SW MEDICA, VANCOUVER WA #1133300101 | | | | | | 12.00% LJD |
| | | 1864.90 | 0.00 | 0.00 | 275.91 | 0.00 | 0.00 | $2140.81 |
| 1303963 | 11-09-2011 | PEACEHEALTH SW MEDICA, VANCOUVER WA #1131302232 | | | | | | 12.00% LJD |
| | | 1597.00 | 0.00 | 0.00 | 236.37 | 0.00 | 0.00 | $1833.37 |
| 1286782 | 05-17-2011 | PEACEHEALTH SW MEDICA, VANCOUVER WA #1113606832 | | | | | | 12.00% LJD |
| | | 7204.35 | 0.00 | 0.00 | 1413.98 | 0.00 | 0.00 | $8618.33 |
| 1286780 | 05-14-2011 | PEACEHEALTH SW MEDICA, VANCOUVER WA #1113400178 | | | | | | 12.00% LJD |
| | | 6839.20 | 0.00 | 0.00 | 1342.34 | 0.00 | 2742.82 | $5438.72 |
| 1276965 | 11-02-2010 | SWMC OUTPATIENT LABO, BURLINGTON NC #W700143118 | | | | | | 12.00% LJD |
| | | 74.18 | 0.00 | 0.00 | 16.27 | 0.00 | 74.18 | $16.27 |
| L794784 | 05-08-2013 | LEGAL: SC CLARK WA #23-2-01134-06 | | | | | | 12.00% LJD |
| | | | | | | 14864.04 | 2577.61 | $12286.43 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

# EXHIBIT C



FILED

MAY 1 0 2023

Scott G. Weber, Clerk, Clark Co.

## DISTRICT COURT OF CLARK COUNTY
## IN AND FOR THE STATE OF WASHINGTON

| | |
|---|---|
| DCS FINANCIAL DBA DIVERSIFIED CREDITORS SVC ) | Case No. 13C3074-2 |
| Plaintiff, ) | |
| ) | **TRANSCRIPT OF JUDGMENT** |
| vs. ) | |
| ) | 23  2  0 1 1 3 4  06 |
| **NICOLA MEASE** ) | |
| Defendant, ) | |
| ) | |
| ) | |

I hereby certify that, attached hereto, is a true and correct Transcript of Judgment
for the above entitled action.

Dated: 05/10/2023

By: A. Beima

District Court Clerk

```
DD7010SX ADB                CLARK COUNTY DISTRICT COURT              PAGE:      1
05/10/2023  8:11 AM              D O C K E T
                                                        CASE: 13C3074-2
                                                        Civil
PLAINTIFF/PETITIONER                    DEFENDANT/RESPONDENT
PLA 01 DCS FINANCIAL INCORPORATED       DEF 01 MEASE, NICOLA
       P.O. BOX 1179
       VANCOUVER        WA 98666


ATY 02 FRITZLER, JON                    DEF 02 MEASE, JOHN DOE
       717 E 22ND ST STE A
       VANCOUVER        WA 98663-3273
       Work Phone: 3608184431


TITLE
  DCS FINANCIAL DBA DIVERSIFIED CREDITORS SVC VS MEASE

  Filed: 05/09/2013  Cause: Goods and Services       DV:    Amount:
  18,337.63


TEXT
  U 05/09/2013 SCANNED: SUMMONS AND COMPLAINT                          BXT
  S 05/10/2013 13130100773 CIV FILING FEE Received            43.00 ECH
               Paid by: DCS FINANCIAL INC
               13130100773 DISPUTE RES CV Received            10.00
               Paid by: DCS FINANCIAL INC
               13130100773 JUDSTABLSUR-CLJ Received           30.00
               Paid by: DCS FINANCIAL INC
    05/20/2013 Case Filed on 05/09/2013                               BXT
               PLA 1 DCS FINANCIAL INCORPORATED Added as Participant
               DEF 1 MEASE, NICOLA Added as Participant
               DEF 2 MEASE, JOHN DOE Added as Participant
               ATY 1 FRITZLER, RANDAL BRANDT Added as Participant
               DBA 1 DIVERSIFIED CREDITORS SERVICE Added as Participant
               DBA 1 DIVERSIFIED CREDITORS SERVICE Represented by:
               ATY 1 FRITZLER, RANDAL BRANDT
               PLA 1 DCS FINANCIAL INCORPORATED Represented by:
               ATY 1 FRITZLER, RANDAL BRANDT
               DBA  1 DIVERSIFIED CREDITORS SERVICE Linked to
               PLA  1 DCS FINANCIAL INCORPORATED
  U 06/24/2013 SCANNED: PROOF OF SERVICE                              SMB
  S 07/26/2013 13207100757 CV OTH COST FEE Received           20.00 SES
               Paid by: DCS FINANCIAL INC.
  U            SCANNED: MOT/AFF FOR DEFAULT                           KLB
  S            Judgment  1 Default Judgment entered by Judge DJZ
                          Principal   :          18,287.63
                          Interest    :           3,327.56
                          Reas aty fee:             200.00
                          Filing Fee  :             103.00
                          Service     :              31.50
                            Total Judgment Amount  21,949.69
                          Balance Due             21,949.69
                          for   DBA 1 DIVERSIFIED CREDITORS SERVICE
                          for   PLA 1 DCS FINANCIAL INCORPORATED
                          agnst DEF 1 MEASE, NICOLA
                          agnst DEF 2 MEASE, JOHN DOE


Docket continued on next page
```

```
DD7010SX ADB              CLARK COUNTY DISTRICT COURT           PAGE:      2
05/10/2023  8:11 AM              D O C K E T
                                                    CASE: 13C3074-2
                                                    Civil
PLAINTIFF/PETITIONER                DEFENDANT/RESPONDENT
PLA 01 DCS FINANCIAL INCORPORATED   DEF 01 MEASE, NICOLA


TEXT - Continued
  U 07/26/2013 SCANNED: DJ - DEFAULT JUDGMENT                         KLB
    08/30/2013 SCANNED: APPLICATION FOR WRIT OF GARNISHMENT           SMB
               SCANNED: WRIT OF GARNISHMENT
  S 09/03/2013 13246100111 WRIT/GARN FEES Received          12.00 ECH
               Paid by: DCS FINANCIAL, INC
               GDF 1 CDM SERVICES Added as Participant               SMB
               GDF  1 CDM SERVICES Linked to
               DEF  1 MEASE, NICOLA
  U 10/02/2013 SCANNED: FIRST ANSWER TO WRIT OF GARN
    10/04/2013 SCANNED: PROOF OF SERVICE-GARNISHMENT
  S 12/11/2013 13345100352 CV OTH COST FEE Received         20.00 SES
               Paid by: DCS FINANCIAL INC.
  U 08/01/2014 SCANNED: SECOND ANSWER TO WRIT OF GARN                 MLJ
    08/05/2014 SCANNED: OTP - JUDGMENT & ORDER TO PAY                 EDS
  S 08/27/2014 14239101675 WRIT/GARN FEES Received          12.00 SES
               Paid by: DCS FINANCIAL INC.
    08/28/2014 GDF 2 BANK OF AMERICA Added as Participant             KLB
  U          SCANNED: APPLICATION FOR WRIT OF GARNISHMENT
               SCANNED: WRIT OF GARNISHMENT
    09/22/2014 SCANNED: ANSWER TO WRIT OF GARN
               SCANNED: PG - PROOF OF SERVICE-GARNISHMENT             MLJ
  S 10/15/2014 14288102406 CV OTH COST FEE Received         20.00 SES
               Paid by: DCS FINANCIAL INC.
  U 10/17/2014 SCANNED: ANSWER TO WRIT OF GARN                        MLJ
               SCANNED: AM- AFF/DECL/CERT OF MAILING
    10/21/2014 SCANNED: OTP - JUDGMENT & ORDER TO PAY                 EDS
    08/04/2015 SCANNED: NTW - NOTC OF WITHDRWL/SUBSTITUTION OF ATTY   KLB
  S 08/06/2015 ATY 2 FRITZLER, JON Added as Participant
               ATY 1 FRITZLER, RANDAL BRANDT Wthdrw as Atty for:
               DBA 1 DIVERSIFIED CREDITORS SERVICE
               DBA 1 DIVERSIFIED CREDITORS SERVICE Represented by:
               ATY 2 FRITZLER, JON
               ATY 1 FRITZLER, RANDAL BRANDT Wthdrw as Atty for:
               PLA 1 DCS FINANCIAL INCORPORATED
               PLA 1 DCS FINANCIAL INCORPORATED Represented by:
               ATY 2 FRITZLER, JON
    02/09/2022 22040100260 WRIT/GARN FEES Received          12.00 AHE
               Paid by: ADAMS, ROBIN
  U 02/14/2022 SCANNED: APPLICATION FOR WRIT OF GARNISHMENT           BRE
               SCANNED: WRIT OF GARNISHMENT
  S 02/17/2022 GDF 3 COLUMBIA BRANDS USA, LLC Added as Participant
  U 03/07/2022 SCANNED: ANSWER TO WRIT OF GARN                        LZC
               SCANNED: AM- AFF/DECL/CERT OF MAILING-GARN             BRE
    03/14/2022 SCANNED: FIRST ANSWER TO WRIT OF GARN
    03/21/2022 SCANNED: ANSWER TO WRIT OF GARN-EXMPTN CALCULATION     LZC
    04/04/2022 SCANNED: ANSWER TO WRIT OF GARN-EXEMPTION CALC
    04/18/2022 SCANNED: ANSWER TO WRIT OF GARN-WAGE EXEMPTION CALC
    05/23/2022 SCANNED: SECOND ANSWER TO WRIT OF GARN


Docket continued on next page
```

```
DD7010SX ADB                CLARK COUNTY DISTRICT COURT              PAGE:       3
05/10/2023  8:11 AM               D O C K E T
                                                        CASE: 13C3074-2
                                                        Civil
PLAINTIFF/PETITIONER               DEFENDANT/RESPONDENT
PLA 01 DCS FINANCIAL INCORPORATED  DEF 01 MEASE, NICOLA


TEXT - Continued
  S 06/08/2022 22159100329 CV OTH COST FEE Received                  20.00 SES
               Paid by: ADAMS, ROBIN
  U            SCANNED: SECOND ANSWER TO WRIT OF GARN                      BRE
  S 06/13/2022 MTN OTP Set for 06/13/2022 08:00 AM
               in Room X with Judge EXP
     06/14/2022 MTN OTP Rescheduled to 06/14/2022 08:00 AM
               in Room X with Judge EXP
               MTN OTP: Held                                              LZC
  U            SCANNED: OTP - JUDGMENT & ORDER TO PAY
     05/08/2023 REQUEST FOR TRANSCRIPT OF JUDGMENT                         ADB
  S 05/09/2023 23129100207 PREP TRANSCRIPT Received                  20.00 KAK
               Paid by: ADAMS, ROBIN


ACCOUNTING SUMMARY
                      Total Due         Paid         Balance
     Judgment 01        21,949.69                    21,949.69


ADDITIONAL CASE DATA
  Case Disposition
    Disposition: OPEN

  Judgments
    01 Default Judgment       07/26/2013                          by DJZ

  Parties
    Attorney              FRITZLER, RANDAL BRANDT
    Doing Business As     DIVERSIFIED CREDITORS SERVICE
    Garnishee Defendant   CDM SERVICES
                          BANK OF AMERICA
                          COLUMBIA BRANDS USA, LLC

  Hearing Summary
    Held     MTN JDG/ORDR TO PAY  ON 06/14/2022 AT 08:00 AM IN ROOM X   WITH EXP

End of docket report for this case
```

FILED
Clark County District Court
Jul 26, 2013

IN THE DISTRICT COURT OF CLARK COUNTY

IN THE STATE OF WASHINGTON

```
DCS FINANCIAL, INC., DBA      )
  DIVERSIFIED CREDITORS SERVICE)     Case #13C3074-2
                              )
              Plaintiff/s    )
         v.s.                 )
                              )
MEASE, NICOLA                 )      ORDER OF DEFAULT
  MEASE, JOHN DOE             )      AND JUDGMENT
WIFE AND HUSBAND              )
              Defendant/s    )
                              )
------------------------------
```

JUDGMENT SUMMARY

The following is recited to be in compliance with RCW 4.64.030:

1.  Judgment Creditor:  DCS FINANCIAL, INC., DBA
                        DIVERSIFIED CREDITORS SERVICE

2.  Judgment Debtor:  MEASE, NICOLA
                      MEASE, JOHN DOE
                      WIFE AND HUSBAND
3.  Principal Judgment Amount:  $18337.63
4.  Interest to Date of Judgment:  $3327.56
5.  Attorney Fees:  $ 200.00
6.  Costs:  a. Filing Fees:  $103.00
            b. Service Fees:  $31.50
7.  Handling and Collection Costs & Damages:  $   0.00
8.  Less Payments of:  $   50.00
9.  Principal judgment shall bear interest at the rate
    of 12% per annum.
10. Attorney for
    Judgment Creditor:  Randal Fritzler
                        HOUSE COUNSEL FOR PLAINTIFF
                        717 E 22nd St., Suite A
                        Vancouver, WA 98663

L794784 P1027034     #13C3074-2 Pg  1
JUDGMENT SUMMARY

DCS Financial, Inc.
717 E 22nd St Suite A
PO Box 1179
Vancouver, WA 98666
(360) 992-4100

𝒞

11.   Attorney for Judgment Debtor:

ORDER

THIS MATTER coming on for Order of Default and Judgment
on the application of Plaintiff, proof having been made that
the Summons was issued requiring the Defendants to appear
and defend this action prior to this date and that said
Summons, together with a true copy of the Complaint, was
duly and timely served upon the Defendant within the time
and in the manner and form as required, said Defendants
being in default herein, and it appearing that the above
entitled county is the proper venue for this action and that
the Court has jurisdiction of the parties; and said action
being an action for money only, the Court hereby enters its
order as follows:
   THAT JUDGMENT is entered against the Defendants, as
follows:
   1.   Principal Amounts:  $18337.63
   2.   Interest to date of Judgment:  $3327.56
   3.   Attorney Fees:  $  200.00
   4.   Costs:  Filing Fees:  $103.00
               Service Fees:  $31.50
   5.   Handling and Collection Costs & Damages:  $    0.00
   6.   Less Payments of:  $  50.00

   For a total accumulation of $21949.69

   THAT JUDGMENT SHALL FURTHER bear interest at the rate
of twelve percent (12%) per annum for the date hereof, until
paid and satisfied by the Defendants.

   Dated this _____ day of _____, 20___.

Digitally signed by user
'zimmermd'
Reason:
Date: 07/26/2013
02:00:13 PM

J U D G E

Randal Fritzler
WSBA 6093
HOUSE COUNSEL FOR PLAINTIFF

L794784 P1027034        #13C3074-2 Pg   2
JUDGMENT SUMMARY

DCS Financial, Inc.
717 E 22nd St Suite A
PO Box 1179
Vancouver, WA 98666
(360) 992-4100